United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Trong Xuan Nguyen, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-0791 |
| | § | |
| Martin Frink, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

On July 16, 2026, pursuant to this Court's Order (docket no. 15), Respondents filed a Status Report (docket no. 16) informing the Court that on May 7, 2026, Petitioner was removed from the United States to Vietnam and, as a result of the removal, this action is moot.

Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 16th day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE